**DISMISS and Opinion Filed August 25, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-23-00340-CV
_____

**DOUGLAS EMERY ADAMS, Appellant**
**V.**
**CATAMOUNT PROPERTIES 2018, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00817-2023**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

This is an appeal from an order in a forcible detainer lawsuit awarding possession of the subject property to appellee. Before the Court is appellee's motion to dismiss the appeal as moot. Appellee recites in the motion that a writ of possession was served, and appellant is no longer in possession of the property.

The only issue in a forcible detainer suit is the right to immediate possession of the premises. *See Olley v. HVM, L.L.C.*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). Unless an appellant has a potentially meritorious claim of right to current, actual possession, the issue of possession and

the case become moot when the appellant is no longer in possession of the premises. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787, 790 (Tex. 2006). When a case becomes moot on appeal, an appellate court must vacate the trial court's judgment and dismiss the case. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.—Dallas 2010, no pet.).

More than ten days have passed since appellee filed its motion to dismiss and appellant has not filed a response. Because nothing in the record before us shows appellant has a potentially meritorious claim of right to current, actual possession of the property, we grant appellee's motion, vacate the trial court's April 6, 2023 judgment, and dismiss the case. *See* TEX. R. APP. P. 42.3(a); *Marshall*, 198 S.W.3d at 790.

!

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230340F.P05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DOUGLAS EMERY ADAMS,
Appellant

No. 05-23-00340-CV     V.

CATAMOUNT PROPERTIES 2018,
LLC, Appellee

On Appeal from the County Court at
Law No. 3, Collin County, Texas
Trial Court Cause No. 003-00817-
2023.
Opinion delivered by Justice Garcia.
Justices Pedersen, III and Kennedy
participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's April 6, 2023 judgment and **DISMISS** the case.

We **ORDER** that appellee CATAMOUNT PROPERTIES 2018, LLC recover its costs of this appeal from appellant DOUGLAS EMERY ADAMS.

Judgment entered August 25, 2023